UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KENDALL VALENTINE,

                       Plaintiff,

v.　　　　　　　　　　　　　　　　　　　**ORDER**

METRO-NORTH COMMUTER　　　　　　　19-cv-07401 (PMH)
RAILROAD COMPANY,

                       Defendant.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This matter has recently been reassigned to me. Due to a further conference scheduled before Magistrate Judge Smith and to allow the parties to continue engaging in discovery, the case management conference previously scheduled for May 13, 2020 is hereby cancelled.

**SO ORDERED:**

Dated: New York, New York
       April 16, 2020

_____
Philip M. Halpern
United States District Judge